#1

PART ONE
LIFE INSURANCE APPLICATION

Travelers Life & Annuity
A member of citigroup

7440799 7440~~[illegible]~~

# Part One Application for Life Insurance

SEP 2004 LIFE NEW BUSINESS

AGENT INFORMATION

GA, BD or Processing Center CONTACT PERSON: Name C
Phone ( ) Fax ( )
Email Address

| Agent(s) Name(s) | Area Code & Telephone No. | Social Security # or Producer Code (If applicable) | Commission Split* |
|---|---|---|---|
| Ed Havrahan | 401-785-2700 | 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 | % |
| | | | % |

*only if multiple agents

GENERAL AGENCY'S BRANCH/PRODUCER CODE (if applicable): _____/________
or BANK OR BROKER/DEALER NAME:
FOR TERM INSURANCE ONLY: CHOOSE COMMISSION OPTION ☐ A (STANDARD) ☐ B (HEAPED)
FOR VARIABLE LIFE INSURANCE ONLY: CHOOSE COMMISSION OPTION (IF APPLICABLE) ☐ A ☐ B ☐ C
SPECIAL INSTRUCTIONS:

The Travelers Insurance Company
The Travelers Life and Annuity Company
P.O. Box 990018, Hartford, Connecticut 06199-0018

LIFEAPP-RI

1/04

Agent- Indicate Company: ☐ The Travelers Insurance Company ☐ The Travelers Life and Annuity Company
In this application, "Company" refers to the insurance company whose name is checked above.

## CLIENT INFORMATION

*Questions must be answered by Proposed Insured and Additional Proposed Insured, if applicable.*
*If under age 16, complete Juvenile Supplement.*

**PROPOSED INSURED:**

1. Full Name *(print as to appear in policy)* ROSE (First) PRIMAVERA (Middle) ______ (Last)
2. Social Security No. 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 Date of Birth 1-10-27 Birthplace ______ State, Country (if other than U.S.)
   Sex ☐ M ☒ F Marital Status: ☐ S ☒ M ☐ D ☐ W Current Citizen of US. (Country)
   Visa Type or Green Card No. and date issued: ______
3. Residence Address 1 BAKER ST (Street and number) Apt. No. ______
   City PROVIDENCE State RI Zip 02905 Phone Number ( ) ______
   Email Address ______ Driver's License No. and State ______
4. If Proposed Insured has resided at address less than one year, show prior address: ______
5. Employer (Name of Firm) ______ Occupation (Position or Title) ______
6. Business Address ______ (Street and number)
   City ______ State ______ Zip ______ Phone Number ( ) ______
   Check Calling Preference: ☐ Home ☐ Business Best time to call ______
7. Annual Salary $ — Other Income $ ______ Net Worth $ 36,000,000

**ADDITIONAL PROPOSED INSURED (IF APPLICABLE):**

1. Full Name *(print as to appear in policy)* ______ First ______ Middle ______ Last
2. Social Security No. ______ Date of Birth ______ Birthplace ______ State, Country (if other than U.S.)
   Sex ☐ M ☐ F Marital Status: ☐ S ☐ M ☐ D ☐ W Current Citizen of ______ (Country)
   Visa Type or Green Card No. and date issued: ______
3. Residence Address ______ (Street and number) Apt. No. ______
   City ______ State ______ Zip ______ Phone Number ( ) ______
   Email Address ______ Driver's License No. and State ______
4. If Proposed Insured has resided at address less than one year, show prior address: ______
5. Employer (Name of Firm) ______ Occupation (Position or Title) ______
6. Business Address ______ (Street and number)
   City ______ State ______ Zip ______ Phone Number ( ) ______
   Check Calling Preference: ☐ Home ☐ Business Best time to call ______
7. Annual Salary $ ______ Other Income $ ______ Net Worth $ ______

The Travelers Insurance Company
The Travelers Life and Annuity Company
P.O. Box 990018, Hartford, Connecticut 06199-0018

L-17400



From:Office 1+781+255+7402 10/13/2006 15:28 #069 P.003/017

8. List all life insurance policies or annuity contracts now in effect on any Proposed Insured. If "None," so state. If any life insurance or annuity in this Company or any other company will be replaced, discontinued, reduced or changed if insurance now applied for is issued, so indicate and provide the policy number.

| Insured's Name | Company | Year Issued | Face Amount | Personal or Business ? | Will be Replaced? | If Yes, Policy # | 1035 Exchg? |
|---|---|---|---|---|---|---|---|
| Rose. | Trav | 99 | 5,000,000 | P | N | | |
| | Sun | 98 | 10,000,000 | P. | | | |
| | | | | | | | |
| | | | | | | | |

## POLICY INFORMATION

9. Product MUP (For variable life, also complete Variable Life Supplement) Stated Amount $ 2,500,000 (If $1 million or above, also complete Life Financial Supplement)

Term Period ______ Death Benefit (UL/VUL Only): ☐ Level ☐ Increasing/Variable

10. Supplemental Benefits/Riders ***(where applicable and if available):***

**Term and Whole Life Rider:**
- ☐ Premium Waiver

**Term, UL and VUL Riders:**
- ☐ Child Term ______ units *(Requires completion of Family Insurance Supplement)*
- ☐ ______

**UL- and VUL- only Riders:**
- ☐ Accelerated Benefits
- ☐ Accidental Death $ ______
- ☐ Annual Renewable Term $ ______
- ☐ COLA
- ☐ Death Benefit Guarantee (UL)
- ☐ Estate Protector
- ☐ Estate Tax Repeal
- ☐ Insured Term $ ______
- ☐ Lapse Protection Guarantee (VUL)
- ☐ Monthly Deduction Waiver
- ☐ Policy Split Option ☐ Plus Option
- ☐ Return of Premium
- ☐ Scheduled Increase Option ______ %
- ☐ Specified Amount Payment/Waiver $ ______
- ☐ Spousal Term $ ______

11. Premium Payment Plan (check 1): ☐ Single ☑ Annual ☐ Semi-Annual ☐ Monthly Pre-Authorized Collection/Payor Soc. Sec. No. ______

Premium Payor: ______ Billing Address: ______

12. Quoted Modal Premium $ ______

13. What rate class is being applied for on Proposed Insured? ______ On Additional Proposed Insured? ______

14. If rate class applied for is not available, would a higher rate on any Proposed Insured be acceptable? ☐ YES ☐ NO

15. Will this application increase an existing policy? ☐ YES ☐ NO If "YES," Policy # ______

Current Stated Amount $ ______ New Stated Amount $ ______

Current Modal Premium $ ______ New Modal Premium $ ______

## CONSUMER NOTICE

We may provide information about you or your policy or account, including information from this application, for marketing and administrative purposes and share such information with our corporate affiliates. You agree that any such information may be used by us or an affiliate to determine whether you qualify for or to offer other Citigroup, Inc. financial services.

☐ If checked, you have indicated that you do not wish to have any such information shared with our affiliate(s).



From:Office 1+781+255+7402 10/13/2006 15:28 #069 P.004/017

## POLICY OWNER

*Applicant is the owner unless otherwise noted below.*
***For Multiple Ownership:** Upon owner's death, indicate whether ownership interests pass to:*

☐ Surviving Owner(s) (Joint Tenants) or ☐ Deceased Owner's Estate (Tenants in Common)

16. Policy Owner's Full Name (If a Trust, provide Trustee Name(s), Trust Name, Date of Trust and State in which Trust is established.)

Victor. PR.MAVERA. III

Owner's Social Security or Tax ID Number(s) 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

Owner's Address: 115 Church Hill Dr.

Cranston. RI 02920

## TRUST CERTIFICATION

CERTIFICATION OF TRUSTEE(S): Each of the undersigned trustees individually certifies that: (a) all of the above information is true and may be relied on by the Company; (b) they have the right to own and purchase life insurance on the life of the Proposed Insured(s) under the terms of the Trust and applicable law; (c) by completing this certification and acknowledgement and the life insurance application, they have the power to bind the Trust to purchase the policy; (d) the Trust is in full force and effect as of the date of the application; (e) under the terms of the Trust and applicable law, the trustees have the authority to exercise all rights and powers under the policy without the consent of the Proposed Insured(s), including but not limited to, purchasing of insurance, naming and changing beneficiaries, paying premiums, surrendering the policy, withdrawing cash value, borrowing cash value, and assigning or transferring the policy or its proceeds; and (f) the purchase and ownership of the policy by the Trust is being made upon the advice of legal counsel familiar with the objectives of the Trust, the Proposed Insured(s), the Grantor(s) and the Beneficiary(ies). Payment by the Company of policy proceeds to the trustees shall constitute satisfaction of the Company's obligation under the policy to the extent of such payment.

Signature of Trustees ______________________ Date Signed ______________

## BENEFICIARY

*Payment due to two or more beneficiaries or to the survivor(s) of them will be in equal shares, unless otherwise requested. The right to change a beneficiary is reserved.*

17. Beneficiary Name (specify full name(s), relationship(s) and Social Security No.(s))

Same as Owner

## GENERAL RISK INFORMATION

*Please give details to all "YES" answers in the ADDITIONAL INFORMATION section on next page.*

| Has any Proposed Insured: | Proposed Insured: Yes | Proposed Insured: No | Additional Proposed Insured: Yes | Additional Proposed Insured: No |
|---|---|---|---|---|
| 18. Been postponed, rated or declined for Life, Health, Accident or Sickness Insurance in the past 5 years? (If "YES," state reason(s) and date(s) of such action.) | ☐ | ☐ | ☐ | ☐ |
| 19. Flown within 5 years as a pilot, student pilot or crew member of any aircraft or as a passenger on other than a scheduled airline, or expect to make such a flight? (If "YES," complete the **Aviation Supplement.**) | ☐ | ☐ | ☐ | ☐ |
| 20. Engaged in automobile or motorcycle racing, parachuting, skydiving/B.A.S.E. jumping, hang gliding, skin or SCUBA diving or any other hazardous sport? (If "YES," complete the **Avocation Supplement.**) | ☐ | ☐ | ☐ | ☐ |
| 21. A) In the past 5 years, been arrested for or convicted of driving while intoxicated or driving under the influence? | ☐ | ☐ | ☐ | ☐ |
| B) In the past 5 years, been arrested for or convicted of any other motor vehicle violation? | ☐ | ☐ | ☐ | ☐ |
| 22. Had prior arrests/convictions in a criminal proceeding or been the subject of a criminal proceeding? | ☐ | ☐ | ☐ | ☐ |
| 23. Do you intend to reside or travel out of the United States or Canada? (If "YES," complete the **Foreign Travel or Residence Supplement.**) | ☐ | ☐ | ☐ | ☐ |

## ADDITIONAL INFORMATION

Proposed Insured: Rose Primavera

Additional Proposed Insured:

## MEDICAL HISTORY

1.a. Print Proposed Insured's name in full: Rose Primavera

b. Name and address of personal physician: Dr Saini

c. Date and reason last consulted: Physical - see records

d. What was the diagnosis and treatment: all norm

2.a. Print Additional Proposed Insured's name in full:

b. Name and address of personal physician:

c. Date and reason last consulted:

d. What was the diagnosis and treatment:

***Answer all questions unless Part Two (Medical Exam) is required.** For all "YES" responses, provide in the "DETAILS" section the question number, names and addresses of doctors, and when and why consulted. Include diagnoses, treatments, dates, duration of illness or injury, and if recovery was full and complete.*

| Question | Proposed Insured: Yes | Proposed Insured: No | Additional Proposed Insured: Yes | Additional Proposed Insured: No |
|---|---|---|---|---|
| 3.a. Has the **Proposed Insured** ever had any indication of, been treated or received medical consultation for: *(circle all that apply)* Chest Pain, Heart Murmur, Heart Attack, High Blood Pressure, Stroke, Paralysis, Seizure, Deformity, Elevated Cholesterol, Diabetes, Emphysema, Pneumonia, Tuberculosis, Asthma, Hepatitis, Tumor, Cancer, Arthritis, Sexually Transmitted Disease, Depression, Anxiety, Emotional Disorder, Alcohol/Drug Abuse | ☑ | ☐ | | |
| b. Has the **Additional Proposed Insured** ever had any indication of, been treated or received medical consultation for: *(circle all that apply)* Chest Pain, Heart Murmur, Heart Attack, High Blood Pressure, Stroke, Paralysis, Seizure, Deformity, Elevated Cholesterol, Diabetes, Emphysema, Pneumonia, Tuberculosis, Asthma, Hepatitis, Tumor, Cancer, Arthritis, Sexually Transmitted Disease, Depression, Anxiety, Emotional Disorder, Alcohol/Drug Abuse | | | ☐ | ☐ |
| 4.a. Has the **Proposed Insured** ever had any disorder of: *(circle all that apply)* Skin, Neck, Back, Spine, Bones, Joints, Eyes, Ears, Thyroid, Heart, Cerebrovascular System, Lungs, Breasts, Gastrointestinal System, Liver, Kidney, Genitourinary System, Immune System, Nervous System, Blood, Lymph Nodes, Blood Vessels | ☑ | ☐ | | |
| b. Has the **Additional Proposed Insured** ever had any disorder of: *(circle all that apply)* Skin, Neck, Back, Spine, Bones, Joints, Eyes, Ears, Thyroid, Heart, Cerebrovascular System, Lungs, Breasts, Gastrointestinal System, Liver, Kidney, Genitourinary System, Immune System, Nervous System, Blood, Lymph Nodes, Blood Vessels | | | ☐ | ☐ |
| 5. Has any Proposed Insured ever been diagnosed or received treatment for an immune disorder or Acquired Immune Deficiency Syndrome (AIDS) or had a positive test for infection by the AIDS (HIV) virus? | ☐ | ☑ | ☐ | ☐ |
| 6. a. Other than the above, has any Proposed Insured ever had any mental or physical disorder or illness, injury, surgery, or been a patient in a hospital or other medical facility? | ☑ | ☐ | ☐ | ☐ |
| b. Other than the above, within the past 5 years, has any Proposed Insured had any physical exam, consultation, EKG, X-ray or other medical test? | ☑ | ☐ | ☐ | ☐ |
| 7. During the past year has any Proposed Insured: | | | | |
| a. Taken prescription medication? | ☑ | ☐ | ☐ | ☐ |
| b. Taken non-prescription medications, including herbal, supplements or other alternative therapies/regimens? | ☐ | ☑ | ☐ | ☐ |



From:Office 1+781+255+7402 10/13/2006 15:29 #069 P.006/017

## MEDICAL HISTORY (CONTINUED)

| | Proposed Insured: Yes | Proposed Insured: No | Additional Proposed Insured: Yes | Additional Proposed Insured: No |
|---|---|---|---|---|
| 8. Has any Proposed Insured ever used cocaine, marijuana, heroin or any other illicit drug or been advised to restrict the use of alcohol or any other drug? | ☐ | ☒ | ☐ | ☐ |
| 9. Does any Proposed Insured consume alcoholic beverages? (If "YES," list type, amount and frequency of use.) OCCAS wine | ☐ | ☐ | ☐ | ☐ |

10. a. Proposed Insured: Height: 5 ft. 1 in. Weight: 138 lbs; weight loss in past 12 mos. — lbs.
b. Additional Proposed Insured: Height: ____ ft. ____ in. Weight: ____ lbs; weight loss in past 12 mos. ____ lbs.

| | Proposed Insured: Yes | Proposed Insured: No | Additional Proposed Insured: Yes | Additional Proposed Insured: No |
|---|---|---|---|---|
| 11. Has a parent, brother or sister ever had heart disease, stroke/cerebrovascular disease, cancer, or kidney disease? | ☐ | ☒ | ☐ | ☐ |

| 12. FAMILY HISTORY | Age (if living) | Condition of Health | Age (at death) | Cause of Death |
|---|---|---|---|---|
| Father of Proposed Insured | | | 30? | Stroke |
| Mother of Proposed Insured | | | 93 | Age. |
| Brothers and Sisters of Proposed Insured | | | | |
| Father of Additional Proposed Insured | | | | |
| Mother of Additional Proposed Insured | | | | |
| Brothers and Sisters of Additional Proposed Insured | | | | |

## DETAILS OF "YES" ANSWERS AND ADDITIONAL INFORMATION

Proposed Insured: 3A - ↑ bld.
3b Breast biopsy in 87.
3b Hepatitis 1970, cured.
4A - D.Sc repair 68

Additional Proposed Insured:

SEP 2004 LIFE NEW BUSINESS

## TOBACCO/NICOTINE USE

13. My use of tobacco/nicotine products, including (but not limited to) cigarettes, cigars, pipes or any smoking materials, snuff, chewing tobacco, nicotine gum or nicotine patch is as indicated below:

| | Proposed Insured: | Additional Proposed Insured: |
|---|---|---|
| I have never used tobacco/nicotine products of any form. | ☒ | ☐ |
| I have not used tobacco/nicotine products of any form in the past | __ mos. __ yrs. | __ mos. __ yrs. |
| I currently use tobacco/nicotine products. | ☐ | ☐ |

L-17400

## SIGNATURE SECTION

**DECLARATION:** APPLICANT declares to the best of his/her knowledge and belief that all of the statements and answers in Part One and Part Two, if required, are complete and true. **APPLICANT UNDERSTANDS AND AGREES THAT: (a) Part One and Part Two, if required, and any supplements will form the basis for any insurance issued; (b) Except as stated in the attached Temporary Insurance Agreement: (1) No insurance will take effect prior to the later of the Issue Date or the Policy Date shown on the Policy Summary; (2) Any insurance issued will take effect on the later of the Issue Date or the Policy Date shown on the Policy Summary if, on the later of the Issue Date or the Policy Date, the health and other conditions relating to insurability remain complete and true as described in this application; and (c) No agent is authorized: (1) to make, alter, or discharge any contract; (2) to waive or change any condition or provision of any contract, application, or receipt or (3) to accept any risk or make any decision concerning insurability. The Proposed Insured(s) will be the Applicant(s) of any contract issued on this application unless otherwise indicated below. The right to privacy is protected as required by law.**

**NOTICE OF INSURANCE FRAUD (not applicable in Virginia):** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties. By signing below, I acknowledge that I have read and understand all the information in this application.

**CONSENT OF PROPOSED INSURED(S)(If applicable):** I consent to the purchase of insurance on my life by the Trust/Corporation and agree on behalf of myself, my heirs, successors and assigns to hold the Company harmless against any claims made on account of the issuance of the policy to the Trust/Corporation.

**ELECTRONIC DELIVERY CONSENT:** By checking "Yes," I agree, to the fullest extent permitted by law, to accept electronic delivery of any documents that the Company may be required to deliver (including statements, prospectuses and reports) in lieu of receiving documents in paper format. I understand that I must have Internet access and provide my email address below and there may be access fees charged by the Internet service provider. I understand that this consent can be revoked at any time and such revocation must be requested in writing.

☐ **Yes, I consent.** **Owner's Email Address** ____________________

Proposed Insured's Name Rose

Proposed Insured's Signature X Rose Primavera

Additional Proposed Insured's Name ____________________

Additional Proposed Insured's Signature X ____________________

Applicant's Signature (if other than Proposed Insured) X [signature]

Date 9/14/04 Application taken at Victor...

City, State

Agent/Witness' Signature [signature] Date 9/14/04

Agent/Witness' Name ____________________

Note: If not personally witnessed by the agent, each signature must be witnessed by someone present at the time the application was signed.

**REQUEST FOR BACK DATED POLICY:**

If the Applicant is requesting that the applied for policy be issued with a Policy Date that pre-dates the Issue Date of the policy (a back dated policy) then the Applicant must read and sign below.

Applicant acknowledges that he/she has requested that the policy applied for be issued with a Policy Date selected by the Applicant that pre-dates the Issue Date of the policy. Applicant understands and agrees that if a back dated policy is issued, then the policy premium or charges begin on the Policy Date even though insurance will not take effect until the Issue Date of the policy.

Applicant's Signature

X____________________ Date: __________

## AGENT'S CERTIFICATE

*To avoid processing delays, answers to the following questions MUST be furnished with the application.*

| | Yes | No |
|---|---|---|
| 1. Are you properly "authorized" to write business for The Travelers Insurance Company or The Travelers Life and Annuity Company in the state where the application was taken? (*"Authorized" means that you possess a current insurance license, with authority to solicit insurance products appropriate to this application; and that the Company has authorized you to represent it.*) | ☑ | ☐ |
| 2. Did anyone assist you in taking or securing the application? If "YES," who? ______ | ☐ | ☑ |
| 3. Who initiated this application? Agent | | |
| 4. Did you personally ask the questions and have the application signed in your presence? | ☑ | ☐ |
| 5. How long have you known the Proposed Insured(s)? ______ | | |
| 6. Has any Proposed Insured applied for insurance elsewhere in the past 6 months? (Give details below) | ☑ | ☐ |
| 7. a. Will this replace any existing annuity or life insurance? | ☐ | ☑ |
| b. If "YES," have you given the applicant the appropriate forms regarding replacement? | ☐ | ☐ |
| c. If "YES," have you completed and attached to the application all applicable state replacement forms? | ☐ | ☐ |
| d. Is this an INTERNAL or EXTERNAL replacement? (Circle one) | | |
| 8. Is this a 1035 exchange? (If "YES," provide original policy and appropriate forms.) | ☐ | ☐ |

9. a. Purpose of Insurance: ☐ Personal (check primary reason): ☐ Income Protection ☐ Supplemental Savings ☐ Estate Liquidity ☐ Other ______

☐ Business: ☐ Buy/Sell ☐ Key Person ☐ Deferred Compensation ☐ Executive Bonus ☐ Mortgage/Loan Coverage ☐ Other ______

| | Yes | No |
|---|---|---|
| b. If "Buy/Sell," is there like coverage in force or applied for on partner(s)? | ☐ | ☐ |
| c. If there is a Buy/Sell Agreement in place, does the owner and beneficiary of this application line up with that of the Buy/Sell Agreement? ☐ N/A | ☐ | ☐ |

Details: #6 - $800,000 - Ban J.P.; $5,000,000 - TRANS

## AGENT REPRESENTATION

By signing below, I confirm that the agent representations set forth in this life insurance application to which this AGENT REPRESENTATION is attached are true and accurate. Without limiting the foregoing, I expressly verify the accuracy of all the information contained in the "AGENT'S CERTIFICATE" section of this application.

I further represent that the Proposed Insured(s) (and the Applicant, if different), has signed the portions of the application where required, and, to the best of my knowledge, has read and understands this application.

☑ I did
☐ I did not
personally witness the signatures

9/14/04
Date

Note: If not personally witnessed by the agent, each signature must be witnessed by someone present at the time the application was signed.

[signature]
Licensed Agent

______
Licensed Agent #2 (if applicable)

L-17400



From:Office 1+781+255+7402 10/13/2006 15:30 #069 P.009/017