UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

METLIFE LIFE AND ANNUITY
COMPANY OF CONNECTICUT

vs. CA NO. 06-453ML

ROSE PRIMAVERA, et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
October 31, 2006

Entered as an Order of this Court on October 31, 2006.

Deputy Clerk