**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND (PROVIDENCE)**

| | |
|---|---|
| **METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ROSE PRIMAVERA, VICTOR PRIMAVERA, III, and GAIL GESMONDI,**<br><br>**Defendants.** | **Civil Action No. 06-453 WS** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Rhode Island Rules of Civil Procedure, the Plaintiff, METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT, hereby stipulates and agrees that any and all claims of METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT against ROSE PRIMAVERA, VICTOR PRIMAVERA, III, and GAIL GESMONDI are dismissed.

Respectfully submitted by Plaintiff,
MetLife Life and Annuity Company of Connecticut,
By Its Attorneys,

/s/Stephen A. Izzi
Stephen A. Izzi, Esq. (#2928)
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
Tel.: 401.453.3600

Dated: November 20, 2006

G:\DATA\WPDATA\Izzi, Stephen\METLIFE\Dismissal Stipulation.doc